# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                               CASE NUMBER: 3:09CR234-1

JUAN T. MASON

THIS MATTER is before the Court on an Order of Remand, filed 12/14/2011, from the Fourth Circuit Court of Appeals for re-sentencing.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of JUAN T. MASON (USM# 10220-058), for re-sentencing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than January 27, 2012, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: January 11, 2012

_____
Frank D. Whitney
United States District Judge